■ Carla J. Cervini-Valente, Respondent, et al., Plaintiff, v Araxie Aintablian, Appellant. [836 NYS2d 481]—Appeal from an order of the Supreme Court, Monroe County (William P. Polito, J.), entered June 13, 2006 in a personal injury action. The order, insofar as appealed from, granted in part plaintiffs' motion to set aside the jury verdict and conditionally granted a new trial on damages.

It is hereby ordered that the order so appealed from be and

the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Lunn, Green and Pine, JJ.